# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **THE NOCO COMPANY**, | ) |
| Plaintiff, | ) CASE NO: 1:20-cv-00049 |
| v. | ) JUDGE: SOLOMON OLIVER, JR. |
| **SHENZHEN VALUELINK E-COMMERCE CO., LTD., ET AL.**, | ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on Plaintiff The NOCO Company's ("*Plaintiff*") Motion for Default Judgment (the "*Motion*") against Defendants Nice Team Enterprise Limited ("*Imazing*") and Shenzhen Jieqi Digital Technology Co., Ltd. ("*Topvision*") (together with Imazing, the "*Defendants*") for: (i) violations of the Lanham Act (15 U.S.C. § 1125(a)(1)); (ii) violations of Ohio's Deceptive Trade Practices Act (O.R.C. 4165.02); (iii) tortious interference with a business relationship; (iv) trade libel; and (v) civil conspiracy.

After due consideration, and for good cause shown, Plaintiff's Motion is hereby **GRANTED**. **THE FOLLOWING IS THEREFORE ORDERED, ADJUDGED, AND DECREED:**

1. Defendants have admitted all of the allegations contained in the Complaint (ECF #1).

2. As for Count I, this Court finds that Defendants' use of fraudulent and misleading product reviews, ratings, and descriptions on Plaintiff's products constitutes violations of 15 U.S.C. § 1125(a)(1).

3. As to Count II, this Court finds that Defendants have engaged in violations of the Ohio Deceptive Trade Practices Act, O.R.C. §§ 4165.02(A)(7), (A)(9), and (A)(10), through their false representations as to the characteristics, uses, benefits, standard, quality, and grade of their own products and their disparagement of Plaintiff's products.

4. As to Count III, this Court finds that Defendants' conduct in utilizing click farms to disingenuously engage with Plaintiff's pay per click advertisements and authoring false product reviews and ratings constitutes tortious interference with a business relationship.

5. As to Count IV, this Court finds that Defendants have engaged in trade libel through their publication of false product reviews and ratings on Plaintiff's products that disparage the quality of Plaintiff's products, harm Plaintiff's brand reputation and goodwill, and falsely misrepresent the characteristics of Plaintiff's products.

6. As to Count V, this Court finds the Defendants' malicious combination with Service Defendants and/or other co-Defendants to unfairly compete with Plaintiff for market share in the sale of jump starters on the Amazon Marketplace, utilize click farms, author false product reviews and ratings, and publish false safety complaints constitutes civil conspiracy.

7. As a result, Defendants have manipulated the Amazon Marketplace to their advantage and misled and deceived consumers.

8. In light of all of the foregoing, and for the reasons set forth in Plaintiff's Motion, Defendants and any and all of their affiliates, successors, and/or assigns are hereby permanently enjoined from manipulating and selling products that compete with Plaintiff's products on the Amazon Marketplace.

**IT IS SO ORDERED.**

| | |
|---|---|
| 11/2/2022 | /S/ SOLOMON OLIVER, JR. |
| DATE | SOLOMON OLIVER, JR.<br>UNITED STATES DISTRICT JUDGE |