UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| THE NOCO COMPANY, | ) | Case No.: 1:20 CV 49 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| SHENZHEN VALUELINK E-COMMERCE CO., LTD., *et al.*, | ) ) | |
| | ) | STATUS CONFERENCE/ |
| Defendants | ) | CASE MANAGEMENT ORDER |

The court held a telephonic status/case management conference on the record with counsel for the parties on September 22, 2023, at which it also discussed pending motions. At that conference the court decided the following:

(1) The parties do not consent to Magistrate Judge jurisdiction.

(2) The cut-off date for adding parties or amending claims is November 9, 2023.

(3) The fact discovery cut-off is June 26, 2024.

(4) The expert reports are due on August 26, 2024.

(5) Responsive expert reports are due September 26, 2024.

(6) The cut-off for expert discovery is October 28, 2024.

(7) The dispositive motion cut-off date is November 27, 2024.

(8) Alternative dispute resolution would not be useful at this time.

The court will hold a telephonic status conference with counsel for the parties on February 8, 2024, at 11:00 a.m.

The court will address the motions that were discussed at the conference by separate order.

IT IS SO ORDERED.

/s/ SOLOMON OLIVER, JR.
UNITED STATES DISTRICT JUDGE

September 26, 2023