UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| THE NOCO COMPANY, | ) | Case No.: 1:20 CV 49 |
| Plaintiff | ) ) ) | JUDGE SOLOMON OLIVER, JR. |
| v. | ) ) ) | |
| SHENZHEN VALUELINK E-COMMERCE CO., LTD., *et al.*, | ) ) ) | |
| Defendants | ) | STATUS CONFERENCE ORDER |

The court held a telephonic status conference on the record with counsel for the parties in the above-captioned case on February 8, 2024, at 11:00 a.m., so that the parties could update the court on the status of discovery. At the conference, the court discussed with counsel possible ways to efficiently structure discovery in light of the many parties and claims in this case. The court also indicated that it would hold periodic status conferences throughout the remainder of the case. In that respect, the court will hold its next telephonic status conference in the case on April 8, 2024, at 10:00 a.m. Finally, the court noted Defendant-Intervenors Nice Well Enterprise Limited and Smart Well International Development Limited's pending Motion to Modify the Default Judgment (ECF No. 162), and indicated that it will address the motion in the near term.

IT IS SO ORDERED.

*/s/ SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

February 12, 2024