# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **THE NOCO COMPANY,** | ) | Case No.: 1:20-cv-00049-SO |
| | ) | |
| Plaintiff, | ) | Judge Solomon Oliver, Jr. |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| **SHENZHEN VALUELINK E-COMMERCE CO., LTD., et al.,** | ) ) | |
| | ) | |
| Defendants. | ) | |

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL OF RECORD

Angela J. Bubis, one of the attorneys for Defendant Shenzhen Jieqi Digital Technology Co., Ltd. ("TOPVISION"), in accordance with Local Civil Rule 83.9, respectfully moves this Court to allow her to withdraw as attorney of record for TOPVISION.

In accordance with Local Civil Rule 83.9, written notice was provided to the client and all other parties in this matter. Plaintiff The NOCO Company has indicated that it does not oppose.

DATED: November 7, 2024

                                                                         Respectfully submitted,

                                                                         */s/ Angela J. Bubis*
                                                                         Alex S. Rodger (0089525)
                                                                         STRAUSS TROY Co., LPA
                                                                         150 E. Fourth Street, 4th Floor
                                                                         Cincinnati, Ohio 45202-4018
                                                                         Telephone: (513) 621-2120
                                                                         Facsimile: (513) 241-8259
                                                                         Email: asrodger@strausstroy.com

                                                Brian S. Boerman (pro hac vice)
                                                Angela J. Bubis (pro hac vice)
                                                SHERIDAN ROSS P.C.
                                                1560 Broadway, Suite 1200
                                                Denver, CO 80202
                                                Telephone: (303) 863-9700
                                                Facsimile: (513) 863-0223
                                                Email: bboerman@sheridanross.com
                                                             abubis@sheridanross.com
                                                             litigation@sheridanross.com

                                               *Counsel for Defendant Shenzhen Jieqi*
                                               *Digital Technology Co., Ltd.*

## **CERTIFICATE OF SERVICE**

    A copy of the foregoing was electronically served on November 7, 2024, in accordance with Rule 5(d)(1)(B) and this Court's CM/ECF Administrative Procedures upon all parties in the electronic filing system in this case.

                                               */s/ Angela J. Bubis*
                                               Angela J. Bubis