UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **THE NOCO COMPANY,** | Case No.: 1:20-cv-00049-SO |
| Plaintiff, | Judge Solomon Oliver, Jr. |
| v. | |
| **SHENZHEN VALUELINK E-COMMERCE CO., LTD., et al.,** | |
| Defendants. | |

### UNOPPOSED MOTION TO WITHDRAW AS COUNSEL OF RECORD

Brian S. Boerman, one of the attorneys for Defendant Shenzhen Jieqi Digital Technology Co., Ltd. ("TOPVISION"), and in accordance with Local Civil Rule 83.9, respectfully moves this Court to allow him to withdraw as attorney of record for TOPVISION. Mr. Boerman and the Firm Sheridan Ross P.C. no longer represent TOPVISION, and TOPVISION will continue to be represented by its remaining counsel of record.

In accordance with Local Civil Rule 83.9, written notice was provided to the client and all other parties in this matter that are currently represented by counsel. Plaintiff The NOCO Company has indicated that it does not oppose.

DATED: November 26, 2024

                                        Respectfully submitted,

                                        */s/ Brian S. Boerman*
                                        Alex S. Rodger (0089525)
                                        STRAUSS TROY Co., LPA
                                        150 E. Fourth Street, 4th Floor

Cincinnati, Ohio 45202-4018
Telephone: (513) 621-2120
Facsimile: (513) 241-8259
Email: asrodger@strausstroy.com

Brian S. Boerman (*pro hac vice*)
SHERIDAN ROSS P.C.
1560 Broadway, Suite 1200
Denver, CO 80202
Telephone: (303) 863-9700
Facsimile: (513) 863-0223
Email: bboerman@sheridanross.com
       litigation@sheridanross.com

*Counsel for Defendant Shenzhen Jieqi Digital Technology Co., Ltd.*

**CERTIFICATE OF SERVICE**

    A copy of the foregoing was electronically served on November 26, 2024, in accordance with Rule 5(d)(1)(B) and this Court's CM/ECF Administrative Procedures upon all parties in the electronic filing system in this case.

                                               */s/ Brian S. Boerman*
                                               Brian S. Boerman